United States Courts
Southern District of Texas
FILED

*June 17, 2025*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **CRIMINAL NO. 4:25-cr-00322** |
| **JOHN JAILESH D'SOUZA** | § § § | |

## INDICTMENT

The United States Grand Jury charges:

### COUNT ONE
### Fraud in the Procurement of Citizenship, 18 U.S.C. § 1425(b)

On June 24, 2015, in the Houston Division of the Southern District of Texas and elsewhere,

**JOHN JAILESH D'SOUZA,**

Defendant herein, did knowingly procure and obtain naturalization and citizenship for himself to which he was not entitled, to wit: when asked whether he had committed any crime for which he had not been arrested, the Defendant answered "No" and failed to reveal that he had committed the bigamy and when asked if he practiced polygamy, the Defendant answered "No" and failed to reveal that he had two wives at that time and the Defendant did not reveal when interviewed by United States Citizenship and Immigration Services or on his Application for

1

Naturalization, that the Defendant was, therefore, ineligible to be admitted to citizenship since he was unable to establish good moral character because he has given false testimony for the purpose of obtaining a benefit under the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 1425(b).

TRUE BILL:

**Original Signature on File**
FOREPERSON OF THE GRAND JURY

NICOLAS J. GANJEI
United States Attorney

Celia Moyer
Assistant U.S. Attorney

2